IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HYTHEM TAYEH, d/b/a TOOLS; AZMI T. ) <br> TAYEH; TAGHREED TAYEH, ) <br> ) <br> Defendants. ) <br> _____) | 2:08-cv-02872-GEB-DAD <br><br><br><br> ORDER RE: SETTLEMENT <br> AND DISPOSITION |

On December 31, 2008, Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action.  Disposition documents will be filed within (20) calendar days."  Therefore, a dispositional document shall be filed no later than January 20, 2009.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

The status conference schedule for March 30, 2009, will remain on calendar, in the event no dispositional document is

1  filed.  Further, a joint status report shall be filed fourteen days
2  prior to the status conference.[1]

3  Dated:  January 8, 2009

5  _____
   GARLAND E. BURRELL, JR.
6  United States District Judge

---

[1] The status conference remains on calendar because the mere representation that an action has settled does not justify removing the action from the trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2